834

No. 79–1903.  BEELER v. UNITED STATES.  C. A. 6th Cir.
Certiorari denied.

No. 79–1905.  SEA ISLAND BROADCASTING CORPORATION OF
SOUTH CAROLINA v. FEDERAL COMMUNICATIONS COMMISSION.
C. A. D. C. Cir.  Certiorari denied.

No. 79–1906.  MAYOR OF BALTIMORE ET AL. v. BARGER
ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 79–1911.  RUTH v. PENNSYLVANIA.  Super. Ct. Pa.
Certiorari denied.

No. 79–1912.  FULTZ v. UNITED STATES.  C. A. 6th Cir.
Certiorari denied.

No. 79–1914.  HARBOUR v. HARBOUR.  Ct. Civ. App. Tex.,
14th Sup. Jud. Dist.  Certiorari denied.

No. 79–1915.  CITY OF CLEVELAND v. KRUPANSKY, U. S.
DISTRICT JUDGE, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 79–1917.  CHAPLAIN v. UNITED STATES.  C. A. 4th Cir.
Certiorari denied.

No. 79–1919.  HUWALDT v. UNITED STATES.  C. A. 7th Cir.
Certiorari denied.

No. 79–1921.  TREASURER, PRINCE GEORGE'S COUNTY,
MARYLAND v. WASHINGTON NATIONAL ARENA LIMITED PART-
NERSHIP ET AL.  Ct. App. Md.  Certiorari denied.

No. 79–1923.  AGAPITO ET AL. v. UNITED STATES.  C. A. 2d
Cir.  Certiorari denied.